# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156955(76)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 156955
     COA: 333435
     Wayne CC: 15-007271-FC

HERBERT DEWEY BALDRIDGE,
     Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 21, 2018. The motion to direct the Department of Corrections to provide defendant-appellant with a copy of plaintiff-appellee's answer is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2018



Clerk